Patric A. Lester (SBN 220092)
pl@lesterlaw.com
5694 Mission Center Road, #385
San Diego, CA 92108
Phone (619) 665-3888
Fax (314) 241-5777

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARAMIE GRIFFITH, | Case No. 12cv1245-H-BGS |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| LEGAL RECOVERIES LAW OFFICES, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that this case has been settled in its entirety. The Parties anticipate filing a Joint Motion for dismissal of this action in its entirety with prejudice within 45 days.

Plaintiff request that all pending dates and filing requirements be vacated and that the Court set a deadline on or after March 16, 2013 for filing a joint dismissal.

Respectfully submitted,

Dated February 1, 2013

*s/ Patric A. Lester*
Patric A. Lester
Attorney for Plaintiff,
pl@lesterlaw.com

1
**NOTICE OF SETTLEMENT**                    12cv1245-H-BGS

Re: *Laramie Griffith v. Legal Recoveries Law Offices*,
Case No.12cv1245-H-BGS
United States District Court, Southern District of California

**CERTIFICATE OF SERVICE**

I, the undersigned, declare as follows:

I am over the age of eighteen years and not a party to the case. I am employed in the County of San Diego, California where the mailing occurs: My business address is 5694 Mission Center Road, #385, San Diego, CA 92108. I am readily familiar with our business' practice of collecting, processing and mailing of correspondence and pleadings for mail with the United Postal Service.

On the date below I electronically filed with the Court through its CM/ECF program and served through the same program the **Notice of Settlement** on the interested parties in said case addressed as follows:

Andrew Rundquist
Legal Recovery Law Offices
5030 Camino De La Siesta
Suite 340
San Diego, CA  92108
arundquist@lrlo.com
Representing Legal Recovery Law Offices

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 1, 2013, at San Diego, California.

<u>*s/ Patric A. Lester*</u>
Patric A. Lester
Attorney for Plaintiff,
pl@lesterlaw.com