1  Patric A. Lester (SBN 220092)
   pl@lesterlaw.com
2  Lester & Associates
   5694 Mission Center Road, #385
3  San Diego, CA 92108
   Phone (619) 665-3888
4  Fax (314) 241-5777

5  Attorneys for Plaintiff Laramie Griffith

6  Andrew Rundquist, (SBN 262523)
   arundquist@lrlo.com
7  Legal Recovery Law Offices, Inc.
   5030 Camino De La Siesta # 340
8  San Diego, CA 92108
   Telephone: (800)785-4001
9  Fax: 619-275-4010

10 Attorney for Defendant Legal Recovery Law Offices, Inc., Mark D. Walsh

11

12              **IN THE UNITED STATES DISTRICT COURT**
                **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
13

14 LARAMIE GRIFFITH,              ) Case No. 12cv1245-H-BGS
                                  )
15                    Plaintiff,  ) **JOINT MOTION FOR DISMISSAL**
                                  ) **OF ACTION WITH PREJUDICE**
16     vs.                        )
                                  )
17 LEGAL RECOVERIES LAW OFFICES et )
   al,                            )
18                                )
                      Defendant.  )
19

20            JOINT MOTION FOR DISMISSAL WITH PREJUDICE

21     Plaintiff Laramie Griffith, (hereinafter "Plaintiff") and Defendant Legal

22 Recoveries Law Offices and Mark D. Walsh (hereinafter "Defendants"), (all jointly

23 hereinafter referred to as "the Parties"), hereby move to dismiss the above entitled action

24 with prejudice, each party to pay its own costs and attorneys' fees.

25 SIGNATURES ON NEXT PAGE

26 ///

27 ///

28

1
2  Dated March 15, 2013                    */s/ Patric A. Lester*
3                                          Patric A. Lester
                                           Attorney for Plaintiff,
4                                          Laramie Griffith

5  Dated March 15, 2013                    */s/ Andrew  Rundquist*
6                                          Andrew  Rundquist
                                           Attorney for Defendant,
7                                          Legal Recoveries Law Offices and
                                           Mark D. Walsh
8
9                            Signature Certification

10       Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies
11  and Procedures Manual, I hereby certify that the content of this document is acceptable
    to Andrew  Rundquist, counsel for Defendants, and that I have obtained Andrew
12  Rundquist's authorization to affix his/her electronic signature to this document.

13  Dated March 15, 2013                    */s/ Patric A. Lester*
                                           Patric A. Lester
14                                          Attorney for Plaintiff,

15
16
17
18
19
20
21
22
23
24
25
26
27
28

Re: *Laramie Griffith v. Legal Recoveries Law Offices*,
Case No.12cv1245-H-BGS
United States District Court, Southern District of California

**CERTIFICATE OF SERVICE**

I, the undersigned, declare as follows:

I am over the age of eighteen years and not a party to the case. I am employed in the County of San Diego, California where the mailing occurs: My business address is 5694 Mission Center Road, #385, San Diego, CA 92108. I am readily familiar with our business' practice of collecting, processing and mailing of correspondence and pleadings for mail with the United Postal Service.

On the date below I electronically filed with the Court through its CM/ECF program and served through the same program the **JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE** on the interested parties in said case addressed as follows:

Andrew Rundquist
Legal Recovery Law Offices
5030 Camino De La Siesta
Suite 340
San Diego, CA  92108
Attorney for: Legal Recovery Law Offices and
Mark D. Walsh

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 15, 2013, at San Diego, California.

                                          */s/ Patric A. Lester*
                                          Patric A. Lester
                                          Attorney for Plaintiff,
                                          Laramie Griffith