# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARAMIE GRIFFITH,<br><br>                       Plaintiff,<br>vs.<br><br>LEGAL RECOVERIES LAW OFFICES, INC. and MARK D. WALSH,<br><br>                      Defendants. | CASE NO. 12-CV-1245-H-BGS<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS CASE WITH PREJUDICE** |

On March 15, 2013, the parties filed a joint motion to dismiss this action with prejudice. (Doc. No. 9.) For good cause shown, the Court grants the joint motion and dismisses this action with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(ii). Pursuant to the parties' agreement, each party will bear its own attorneys' fees and costs of suit. (Doc. No. 9.)

**IT IS SO ORDERED**.

Dated: March 18, 2013

                                                                     MARILYN L. HUFF, District Judge
                                                                     UNITED STATES DISTRICT COURT